```
              FILED            RECEIVED
              ENTERED          SERVED ON
                               COUNSEL/PARTIES OF RECORD

                    DEC 15 2016

              CLERK US DISTRICT COURT
               DISTRICT OF NEVADA
BY:                                    DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:04-CR-365-KJD-VCF |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TALMADGE HAVEN ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#270) on April 5, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

    Name of Payee: CITIBANK
    Amount of Restitution: $92,563.94

**Total Amount of Restitution ordered:** $92,563.94

Dated this _____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE